David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
Email: dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
Attorney for Debtor / Defendant

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>WENDY KATHLEEN REGGE,<br><br>Debtor. | Case No.: BK-S-25-16501-ABL<br><br>Chapter: 7 |
| DOUGLAS ROBERTS, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WENDY KATHLEEN REGGE, an Individual, and DOES I-X, Unknown Persons or Entities,<br><br>Defendant. | Adv. Case No.: BK-S-26-01016-ABL |

**ANSWER TO ADVERSARY COMPLAINT**

Defendant Wendy Regge, as and for her Answer to the Complaint on file, admits, denies and alleges as follows.

1. Defendant admits the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 8 and 9 of the Complaint.

2. Answering paragraph 12 of the Plaintiff's Complaint, this Defendant admits and avers that Roberts was in fact the cause of the clogged toilet.

3. Defendant denies, generally and specifically, each and every allegation contained in paragraphs 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,

34, 35, 36, 37, 39, 40, 41, 42 and 43 of the Complaint.

4. Answering Paragraph 38 of the Plaintiff's Complaint, this Defendant incorporates by reference each and every answer asserted above.

5. This answering Defendant is without knowledge sufficient to form a belief as to the allegations contained in paragraph 7 and 10 of the complaint on file herein and, therefore, deny same.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because any alleged conduct taken by Defendant was taken in self-defense.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by its own conduct.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff through his own conduct caused the alleged harm he complains of.

### FIFTH AFFIRMATIVE DEFENSE

The judgments identified in Plaintiff's adversary complaint are invalid due to lack of proper service and have no collateral or binding effect on this case.

### SIXTH AFFIRMATIVE DEFENSE

The default judgments identified in Plaintiff's adversary complaint have no collateral or binding effect on this case.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his alleged damages.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because he engaged in conduct that render him in pari delicto.

///

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because defendant did not intend to inflict harm on him.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because any statements made were true.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because any statements made were opinion.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because any statements made were fair comment.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because any statements made were privileged.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because any statements made were made without actual malice.

## FIFTEENTH AFFIRMATIVE DEFENSE

In order to defend this action, it was necessary for Defendant to retain the services of counsel to represent Defendant and Defendant is entitled to a fair and reasonable sum as and for attorneys' fees therefor together with costs of suit incurred herein.

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendant hereby incorporates by reference those affirmative defenses enumerated in Rule 8 of the Federal Rules of Civil Procedure as if fully set forth herein. Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defense.

As such, Defendant prays for judgment as follows.

1. That Plaintiff take nothing by way of its Complaint and his claims be discharged.
2. For costs of defense and attorney's fees.

/ / /

/ / /

3.  For such other and further relief as to the court deems just and proper

DATED this 2nd day of March, 2026.

MINCIN LAW, PLLC

By: /s/ David Mincin
David Mincin, Esq.
Nevada State Bar No. 5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
*Attorney for Debtor / Defendant*

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of Mincin Law, PLLC, and on the 2nd day of March, 2026, service of a true and correct copy of the ANSWER TO ADVERSARY COMPLAINT was made by:

[X]  ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

RYAN E ALEXANDER on behalf of Creditor Douglas Roberts and Plaintiff Douglas Roberts
ryan@ryanalexander.com, alexanderrr95087@notify.bestcase.com;
brian@ryanalexander.us;monica@ryanalexander.us;jennifer@ryanalexander.us

TROY S. FOX TrusteeFox@ficlegal.com, NV34@ecfcbis.com

U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

/s/ Carol Burke
An Employee of Mincin Law, PLLC

Page 4 of 4